**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v.                                                                : | CRIMINAL NO. 98-00029-WS |
| WILLIE JAMES COLEMAN, III                : | |

**UNITED STATES'S RESPONSE TO ORDER
AS TO CRACK COCAINE SENTENCE REDUCTION**

Comes now the United States of America, by and through the United States Attorney for the Southern District of Alabama, Kenyen R. Brown, and responds to this Court's Order entered February 15, 2012. Doc. 478. The United States does not object to the reduction in defendant's sentence as described in the Order.

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY
By:
s/Steven E. Butler
Steven E. Butler
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama  36602
Telephone:  (251) 415-7102
Fax:  (251) 441-5131
E-mail: steven.butler@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that, on February 16, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to any counsel of record, and forwarded a copy of the same to this *pro se* defendant via United States mail to: #06943-003, USP Pollack, PO Box 1000, Pollack, LA 71467.

s/ Steven E. Butler
Steven E. Butler
Assistant United States Attorney